JS-6

NICHOLAS M. WADJA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR SENGEL,<br><br>              Plaintiffs,<br><br>        v.<br><br>MONARCH RECOVERY<br>MANAGEMENT, INC.,<br><br>              Defendant. | Case No. 5:20-cv-00588-PA-SP<br><br>**ORDER ON DISMISSAL WITH PREJUDICE** |

Plaintiff, BAHAR SENGEL, ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. , having filed with this Court her Notice of Voluntary Dismissal with  Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: May 26, 2020

IT IS SO ORDERED

Dated _____ May 26, 2020 _____

_____
United States District Judge

1